IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| LYNN MARIE GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00243-RJC-DCK |
| | ) | |
| MOUNTAIN RUN SOLUTIONS, LLC and | ) | |
| MONITRONICS INTERNATIONAL, INC., | ) | |
| d/b/a BRINKS HOME SECURITY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, LYNN MARIE GIVENS, ("Plaintiff"), through her attorney, Hormozdi Law Firm, PLLC, informs this Honorable Court that Plaintiff and Defendants, MOUNTAIN RUN SOLUTIONS, LLC and MONITRONICS INTERNATIONAL, INC., d/b/a BRINKS HOME SECURITY, have reached a settlement in this case. Plaintiff anticipates dismissing Defendants, MOUNTAIN RUN SOLUTIONS, LLC and MONITRONICS INTERNATIONAL, INC., d/b/a BRINKS HOME SECURITY, with prejudice, within 60 days.

Respectfully submitted,

June 9, 2021   By: /s/ Shireen Hormozdi
              Shireen Hormozdi
              Hormozdi Law Firm, PLLC
              North Carolina Bar No. 47432
              1770 Indian Trail Road, Suite 175
              Norcross, GA 30093
              Tel: 678–395-7795
              Cell: 678-960-9030
              Fax: 866-929-2434
              shireen@agrusslawfirm.com
              shireen@norcrosslawfirm.com

1

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi