IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| LYNN MARIE GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00243-RJC-DCK |
| | ) | |
| MOUNTAIN RUN SOLUTIONS, LLC and | ) | |
| MONITRONICS INTERNATIONAL, INC., | ) | |
| d/b/a BRINKS HOME SECURITY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LYNN MARIE GIVENS, ("Plaintiff"), through her attorney, Hormozdi Law Firm, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants, MOUNTAIN RUN SOLUTIONS, LLC and MONITRONICS INTERNATIONAL, INC., d/b/a BRINKS HOME SECURITY with prejudice.

Respectfully submitted,

June 25, 2021

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, PLLC
North Carolina Bar No. 47432
1770 Indian Trail Road, Suite 175
Norcross, GA 30093
Tel: 678–395-7795
Cell: 678-960-9030
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com

1

## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.


        By: /s/ Shireen Hormozdi
             Shireen Hormozdi